IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMEX ASSURANCE COMPANY, )
)
    Interpleader Plaintiff, )
)
v. ) CASE NO. CV413-062
)
JUDITH ANN PHELPS; P.C.P., a )
minor; NANCY MAGGIO-TAYLOR; )
ELMER PHELPS, JR.; ELMER C. )
PHELPS; DEREME CHURCH; and )
JOSEPHINE PHELPS; )
)
    Defendants. )
)

**O R D E R**

Before the Court is Defendant Judith Ann Phelps's Motion for Reconsideration. (Doc. 73.) After careful consideration of the record in this case, the Court sees no reason to overturn its prior ruling. As a result, Defendant's motion is **DENIED**.

SO ORDERED this 14th day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA