IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMEX ASSURANCE COMPANY, ) | |
| ) | |
| Interpleader Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV413-062 |
| ) | |
| JUDITH ANN PHELPS; P.C.P., a ) | |
| minor; NANCY MAGGIO-TAYLOR; ) | |
| ELMER PHELPS, JR.; ELMER C. ) | |
| PHELPS; DEREME CHURCH; and ) | |
| JOSEPHINE PHELPS; ) | |
| ) | |
| Defendants. ) | |

## O R D E R

This is an interpleader action where no individual has come forward who has rights to receive the funds. Moreover, no action has occurred in this case since December 14, 2015. (Doc. 74.) Accordingly, the Clerk of Court is **DIRECTED** to administratively close this case without prejudice to the right of any party with standing to reopen it. See, e.g., In re Heritage SW Med. Grp. PA, 464 F. App'x 285, 287 (5th Cir. 2012) ("[A]dministrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

SO ORDERED this 30th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____ M
8/30 2017
Deputy Clerk