IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMEX ASSURANCE COMPANY,

    Interpleader Plaintiff,

v.

    CASE NO. CV413-062

JUDITH ANN PHELPS; P.C.P., a minor; NANCY MAGGIO-TAYLOR; ELMER PHELPS, JR.; ELMER C. PHELPS; DEREME CHURCH; and JOSEPHINE PHELPS;

    Defendants.

## O R D E R

This is an interpleader action where no individual has come forward who has rights to receive the funds. Moreover, no action has occurred in this case since December 14, 2015. (Doc. 74.) Accordingly, the Clerk is **DIRECTED** to withdraw $111,408.22 plus any accrued interest from the registry of the Court. These funds will then be placed into Unclaimed Funds until a proper motion for release of funds is filed.

SO ORDERED this 19th day of February 2019.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA